RODRÍGUEZ, DEMANDANTE Y APELADO, *v.* ASAMBLEA MUNICIPAL DE GUÁNICA, DEMANDADA Y APELANTE.

APELACIÓN procedente de la corte de Distrito de Ponce en procedimiento de *certiorari.*—Moción sobre eliminación y desestimación de apelación.

No. 2661.—Resuelto en julio 28, 1922.

PLIEGO DE EXCEPCIONES — EXPOSICIÓN DEL CASO — TRANSCRIPCIÓN — DESESTIMACIÓN DE APELACIÓN.—Aquellos documentos que no forman parte del legajo de la sentencia conforme al artículo 233 del Código de Enjuiciamiento Civil, sólo pueden ser traídos ante el Tribunal Supremo mediante un pliego de exposición del caso o de excepciones aprobado por la corte inferior o mediante una transcripción hecha por el taquígrafo y aprobada en igual forma, y de no serlo deberán ser eliminados; lo cual, sin embargo, no será motivo para desestimar la apelación, pues según jurisprudencia constante aun a falta de exposición del caso o pliego de excepciones pueden ser discutidas y resueltas las cuestiones que surjan de las alegaciones.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. R. Arjona Siaca.*

Abogados de los apelados: *Sres. D. Sepúlveda y J. Rosario Gelpí.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Esta apelación ha sido establecida en un procedimiento de *certiorari* contra sentencia de la corte inferior por la cual se anula un acuerdo de la Asamblea Municipal de Guánica que separó al peticionario de su cargo de Comisionado de Instrucción Pública de aquel municipio.

En la transcripción certificada por los abogados de las partes que se nos ha presentado para resolver la apelación se hallan las alegaciones, fallo y apelación, y en las páginas 23 a la 86 se encuentran los cargos formulados contra el peticionario ante la Asamblea Municipal de Guánica y las diligencias por ésta practicadas que culminaron en su destitución, todo lo que el secretario de la asamblea municipal en copias certificadas remitió a la corte por orden de ésta; y por haberse traído esas actuaciones ante nosotros sin formar parte de una exposición del caso o de un pliego de excepciones aprobado por la corte inferior se nos pide que eliminemos dichos documentos de la transcripción y que desestimemos la apelación porque sin ellos no hay materia para resolver la apelación.

Los documentos cuya eliminación se nos pide no forman parte del legajo de la sentencia de acuerdo con el artículo 233 del Código de Enjuiciamiento Civil y por esto la manera como pueden ser traídos ante nosotros es mediante un pliego de exposición del caso o de excepciones aprobado por la corte inferior o mediante una transcripción hecha por el taquígrafo, aprobada también por la corte inferior; y como no han sido traídos en alguna de estas formas no podremos tomarlos en consideración y deben ser eliminados de la transcripción.

A pesar de tal eliminación no desestimaremos la apelación porque pueden ser discutidas y resueltas las cuestiones que surjan de las alegaciones, según hemos resuelto en varios casos.

*Con lugar la moción del apelado en cuanto a la eliminación y sin lugar la desestimación de la apelación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Hutchison y Franco Soto.

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.